

**U.S. Department of Justice**

United States Attorney
*Western District of New York*

*138 Delaware Avenue*  (716) 843-5700
*Buffalo, New York 14202*  *fax (716) 551-5563*

March 20, 2024

*Via ECF*

Hon. John L. Sinatra, Jr.
United States District Court Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

      RE:    **United States of America v. $24,100 United States Currency**
                **21-MC-35-JLS**

Dear Judge Sinatra:

      The government respectfully writes to notify the Court that the above-referenced miscellaneous matter may be closed. On or about August 19, 2021, the government initiated a civil judicial forfeiture action against the subject currency. *See U.S. v. $24,100.00 United States Currency*, 21-CV-946. That matter was recently resolved by settlement.

      Accordingly, the above-referenced miscellaneous case matter may be closed.

      Should you have any questions and/or concerns, please do not hesitate to contact the undersigned. Thank you for your consideration in this regard.

                                        Respectfully Submitted

                                        TRINI E. ROSS
                                        United States Attorney
                                        Western District of New York

                BY:    s/MARY CLARE KANE
                        Assistant United States Attorney
                        138 Delaware Avenue
                        Buffalo, New York 14202
                        (716) 843-5809
                        mary.kane@usdoj.gov